UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

       v.                                         10-CR-391-35 (CM)

**<u>ORDER</u>**

PHILIP PETERSON,

                      Defendant.
----------------------------------------------------------X

McMahon, C.J.:

      The Court will hold a telephone conference tomorrow (July 14, 2020), at 9:30 a.m., to address defendant's alleged violation of his supervised release.

      To join the conference the parties are to dial in at: 888-363-4749; the Access Code is: 9054506. This is an open proceeding and the public (including defendant's family members) and press are welcomed to dial in, but must remain silent.

July 13, 2020

                                                          Colleen McMahon
                                                          Chief Judge